■ FRED D. WALSH, Respondent, v. EUGENE S. MARTIN, Appellant.— Appeal from an order of the Supreme Court at Special Term, which required defendant to accept service of the second amended complaint, which had previously been rejected by defendant's attorney when served upon him within 20 days after service of defendant's answer to an amended complaint served pursuant to an order permitting service of the same. The amendment accomplished by the second amended complaint was an increase in the amount of the demand for damages. A "pleading may be once amended by the party, of course" (Civ. Prac. Act, § 244) and such "amendment of course is not precluded * * * by a previous amendment by leave of court". (4 Carmody-Wait, New York Practice, § 15, pp. 548–549, citing, *inter alia, Guenther* v. *Ridgway Co.,* 173 App. Div. 790; *Hall* v. *Galban & Co.,* 164 App. Div. 873; *O'Connell* v. *Wilson,* 162 App. Div. 392.) Order unanimously affirmed, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

## (October 19, 1962)

In decisions Nos. 1–4: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of VIVIAN BRUNDEGE, Appellant, v. KLINE GENERAL AUTO SUPPLY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) DANTE TESTA, Appellant, v. ROY HUNT et al., Respondents. (C) In the Matter of ATTORNEYS' NATIONAL CLEARING HOUSE CO., Appellant. SEVERIN F. SCOTT, Respondent; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of JOSEPH MARCHRZAK, Appellant, v. BELOCK INSTRUMENT Co. et al., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ In the Matter of the Claim of CHARLES D. GALLO, Respondent, v. CATHERINE M. SCOFIELD, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal dismissed, without costs, unless appellant shall file and serve record, briefs and note of issue for the January 1963 Term on or before December 1, 1962, in which event motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK F. McELROY, Appellant.— Time to perfect appeal extended 90 days.

■ In the Matter of the Claim of DOMINICK MICELI, Respondent, v. TRACY-SMITH Co., INC., et al., Appellants, and CENTRAL RIGGING & CONTRACTING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of June 22, 1962 (16 A D 2d 1015), dismissing this appeal by default is hereby rescinded and motion to restore appeal to calendar granted.

## (October 26, 1962)

In decisions Nos. 1–4: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ In the Matter of ARTHUR C. FORD et al., Appellants, v. CONSOLIDATED CANNONSVILLE HIGHWAY & UTILITY SECTION et al., Respondents.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the January 1963 Term on or before December 1, 1962, in which event motion denied.